

HRW: USAO 2019R00749

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 NOV 20 P 5: 04

CLERK'S OFFICE
AT GREENBELT

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. GJH 19 cr 556 |
| | * | |
| KELVIN SAUNDERS, | * | (Homicide by Motor Vehicle While |
| | * | Impaired by Alcohol, 18 U.S.C. § 13, |
| Defendant | * | Md. Code, Crim. Law. § 2-504; |
| | * | Unsafe Operation of a Vehicle, 36 |
| | * | C.F.R. § 4.22(b)(1)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Homicide by Motor Vehicle While Impaired by Alcohol)

The Grand Jury for the District of Maryland charges that:

On or about October 28, 2019, in the District of Maryland, the defendant,

**KELVIN SAUNDERS,**

on lands within the special maritime and territorial jurisdiction of the United States, did cause the death of Victim A as a result of his negligently driving, operating, and controlling a motor vehicle while impaired by alcohol.

18 U.S.C. § 13
Md. Code, Crim. Law § 2-504

## COUNT TWO
### (Unsafe Operation of a Vehicle)

The Grand Jury for the District of Maryland further charges that:

On or about October 28, 2019, in the District of Maryland, the defendant,

**KELVIN SAUNDERS,**

on lands administered by the National Park Service, did operate a motor vehicle without due care and at a speed greater than that which is reasonable and prudent considering wildlife, traffic, weather, road and light conditions and road character.

36 C.F.R. § 4.22(b)(1)

Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

Date: November 20, 2019