

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

| | | | |
|---|---|---|---|
| *Hollis R. Weisman* | *Mailing Address:* | *Office Location:* | *DIRECT: 301-344-4029* |
| *Assistant United States Attorney* | *6500 Cherrywood Lane, Suite 200* | *6406 Ivy Lane, 8th Floor* | *MAIN: 301-344-4433* |
| *Hollis.Weisman@usdoj.gov* | *Greenbelt, MD 20770-1249* | *Greenbelt, MD 20770-1249* | *FAX: 301-344-4516* |

July 21, 2020

The Hon. George J. Hazel
United States District Court
6500 Cherrywood Lane
Greenbelt, Maryland 20770
**By ECF**

Re: *United States v. Kelvin Saunders*, Crim. No. GJH-19-556

Dear Judge Hazel:

The government and the defendant have come to a plea agreement in this case, and the government has received the signed plea agreement from the defense. We are asking the Court to set the case for a virtual rearraignment.

Defense counsel has advised me that the defendant consents to a video hearing for the rearraignment. The defendant will go to the Public Defender's office in Baltimore for the proceeding. To avoid crowds in the Public Defender's office, therefore, the defense is asking that the hearing be set for a Tuesday or Thursday.

Please contact the parties with the hearing date. The government will forward you a copy of the plea agreement as soon as we figure out how to get the prosecutors' signatures on it.

Very truly yours,

Robert K. Hur
United States Attorney

Jared Hernandez
Special Assistant United States Attorney

By: _____
Hollis Raphael Weisman
Assistant United States Attorney

Cc: Defense counsel (by ECF)