## ATTACHMENT A: STIPULATED FACTS
### United States v. Kelvin Saunders

*The undersigned parties hereby stipulate and agree that if this matter had gone to trial, the Government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence which would have been presented had this matter gone to trial.*

At about 2 p.m. on October 28, 2019, the defendant, **KELVIN SAUNDERS** ("**SAUNDERS**"), was driving a work van on the Baltimore-Washington Parkway in Maryland. Prior to driving the work van, **SAUNDERS** consumed alcohol and was impaired. As a result of his alcohol consumption, **SAUNDERS** fell asleep at the wheel and lost control of the work van.

After **SAUNDERS** fell asleep, the work van drifted off the highway and crashed into a vehicle parked on the shoulder of the road. The defendant's van was traveling between 58 and 62 miles per hour immediately prior to the crash and 58 miles per hour at the time of the crash. Victim 1, the sole occupant of the parked vehicle, died as a result of the crash. **SAUNDERS** was not injured. Seventy-five minutes after the fatal crash, **SAUNDERS'** blood-alcohol content (BAC) measured at .06%. With the general rate of ethanol metabolization at 0.015 to 0.02% per hour, **SAUNDERS'** BAC was higher at the time of the crash. The alcohol impaired his ability to drive safely.

The Baltimore-Washington Parkway is located in the District of Maryland on lands within the special maritime and territorial jurisdiction of the United States.

SO STIPULATED:

_____
Hollis Raphael Weisman
Assistant United States Attorney

_____
Kelvin Saunders
Defendant

_____
Kristina A. Leslie, Esq.
Counsel for Defendant

_____
Stephanie Snyder, Esq.
Counsel for Defendant

9